In the Matter of the Application of HAROLD FREEDMAN, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY, Chairman, and Others, Constituting the Commissioners of the State Liquor Authority, and FREDERICK SKINNER and WILLIAM C. McCULLON, Constituting the Membership of the Suffolk County Alcoholic Beverage Control Board, Respondents.— Motion to vacate order of certiorari and to dismiss certiorari proceeding granted, certiorari order vacated and the proceeding dismissed, without costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

In the Matter of the Application of JOHN N. HEMPSTEAD, Appellant, for a Certiorari Order to the BOARD OF ZONING APPEALS OF THE TOWN OF HEMPSTEAD and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

In the Matter of Administration of the Estate of AMALIA KOHLER, Deceased. WILLIAM GRAF, as Administrator, etc., of AMALIA KOHLER, Deceased, Appellant; EDMOND G. DUPREE and BARBARA DUPREE, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

In the Matter of the Application of HARRIS KORMAN, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY and Others, Constituting the State Alcoholic Beverage Control Board, and JAMES C. QUINN and Others, Constituting the New York City Alcoholic Beverage Control Board, Respondents.— Motion to vacate order of certiorari and to dismiss certiorari proceeding granted, certiorari order vacated and the proceeding dismissed, without costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

In the Matter of the Application of ANTHONY MANDRACCHIA, Petitioner, for a Certiorari Order against STATE LIQUOR AUTHORITY, Respondent.— Motion to vacate order of certiorari and to dismiss certiorari proceeding granted, certiorari order vacated and the proceeding dismissed, without costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

In the Matter of the Petition of JAMES E. KEEFE, to Render and Settle His Account as Executor of the Estate of PHILOMENA E. McGARRY, Deceased. CHARLES E. HAWKINS, as Committee of JOHN McGARRY, an Incompetent Person, Appellant; JAMES E. KEEFE, Executor, etc., of PHILOMENA E. McGARRY, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 834.] The following question is certified: Was the petitioner entitled to an election to take his intestate share of the estate under section 18 of the Decedent Estate Law upon the facts shown in the record? Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.